# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-453-MOC-DCK

| | |
|---|---|
| JOHN BROWN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| VALLEY PROTEINS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 9) filed by Molly McIntosh Jagannathan, concerning David E. Constine, III, on September 6, 2017. David E. Constine, III seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 9) is **GRANTED**. David E. Constine, III is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: September 6, 2017

David C. Keesler
United States Magistrate Judge