IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-453-MOC-DCK

| | |
|---|---|
| JOHN BROWN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| VALLEY PROTEINS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 11) filed by Molly McIntosh Jagannathan, concerning Rebecca H. Silk, on September 6, 2017. Rebecca H. Silk seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 11) is **GRANTED**. Rebecca H. Silk is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: September 7, 2017

David C. Keesler
United States Magistrate Judge