UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00453

| | | |
|---|---|---|
| **JOHN BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **VALLEY PROTEINS, INC.,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss pursuant to Rule 12(b)(6) (#7) is **DENIED**. Defendant shall Answer the Complaint within 14 days.

Signed: September 26, 2017

Max O. Cogburn Jr
United States District Judge

-1-