UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00453

| | | |
|---|---|---|
| **JOHN BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **VALLEY PROTEINS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss Plaintiff's First Amended Complaint. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss Plaintiff's First Amended Complaint (#16) is **DENIED**. The Clerk of Court is respectfully instructed to send out notice to the parties of IAC.

Signed: November 3, 2017

Max O. Cogburn Jr.
United States District Judge